**Pam Baugher, Plaintiff pro se**

**1342 Haupt Ave. Richland, WA 99354**

**Tel (509) 412-2001**

**Email pam.baugher@gmail.com**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OCT 10 2014
SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT of WASHINGTON

---

Pamela A. Baugher,

**PLAINTIFF**

Vs                                                              **COMPLAINT**

KADLEC REGIONAL MEDICAL CENTER

**DEFENDANT**

---

COMPLAINT
PAMELA BAUGHER, PLAINTIFF

1) KADLEC wrongly DENY EMERGENCY EVALUATION &/or other medical services to PLAINTIFF on OCTOBER 9th, 2014 &/or other DATES Hospital ER Medical (Jurisdiction Federal _____ Laws & Regulations)

Plaintiff complains and alleges as follows:

pg 1

pg1 COMPLAINT                                              pg 1 of 29

# COMPLAINT KAUCHER V KADLEC

## Declaration of Plaintiff:

2a.X Sometime recently approximately OCTOBER 7, 2014 at Kadlec Hospital on Swift Blvd in Richland Washington I called 911 and told I cannot maybe make it but am trying, head to ER of Kadlec in Richland. I make it go in wrong door unmeaning & sick head lights flashing dizzy, disorient pain.

At KADLEC ER the staff kick me wrongfully out. KADLEC also refuse other important cancer follow up tests already ordered for lung & breast cancer follow watch progress of nodules in lung & breast - refuse - no PCP only. I ALLEGE KADLEC WRONGFULLY DELIBERATELY withheld Emergency evaluation &/or other medical services Tests WRONGFULLY in violation law &/or also did so in a discriminatory bias &/or retaliatory bias. Attached are 2 email re some of this. ~~Request~~ ~~~~

SWEAR TRUE ~~~~
Signed: Pamela A Baugher DATE: OCTOBER 10, 2014
Pamela A. Baugher Plaintiff



p b <pam.baugher@gmail.com>

## Deb if at all humanly possible i am try to file lawsuit today re this
1 message

**p b** <pam.baugher@gmail.com>   Fri, Oct 10, 2014 at 8:06 AM
To: debra langston <Debra.Langston@kadlecmed.org>

still alive but still very very very sick bad shape. this is best i can do Deb/ thanks again your attn to this --
and lawsuit is last resort only resort left to try say how can all this conduct the Kadlec system be right?
and just i am not able to ever want to ask for help in hour of need ever again FROM MEDICAL
PROFESSIONALS WHO HAVE MADE IT CLEAR -- for whatever reason -- they just don't want to help me.
I have had enough rejection and this has hurt me very deeply at a very vulnerable time. i live alone. my
loved ones have all died.
i am OLD. i tried to get help --- the "medical healthcare systems" don't want to help.
and i would rather die than ever beg for help in an hour of need from a healthcare system or medical
professionals that would rather see me die like a dog in a jail cell --- per the staff who advised "WE ARE
CALLING SECURITY" arrest jail leave. etc.

take care Deb,

pb

COMPLAINT



p b <pam.baugher@gmail.com>

## attn Risk Mgt Deb Langston (i am givng up trying to get in for emergency anywhere - i need to rest- bad pain and flashing in head left eye side head etc was sudden - totally new)

1 message

p b <pam.baugher@gmail.com>  Thu, Oct 9, 2014 at 12:32 PM
To: debra langston <debra.langston@kadlecmed.org>

thanks again ur time and attention my recent travails.

i guess my point is just there should be some better way --
a patient shouldn't have to be able to come in the right door when maybe they are not at all well --- or be threatened with security arrest jail told to leave etc.

Forgetting all that (and i genuinely appreciate ur efforts Deb) -- all in all i just cannot face Kadlec again -- too much emotional trauma -- not up to it at the moment
(still hurting head though not as intense the initial sharp painful after the lights flashing through left eye and head and off to left -- can't describe it --- never felt anytjng llike it ).

I will hope the best and need to set you free your other work -- i can't face more rejection and trauma --
don't feel well enough at all -- i just hope i make it --exertion makes worse --
need to rest -- hope for best -- time will tell --
thanks again listening - it shouldn't cost a patient their health purely because they lack a primary care provider or enter mistakenly through the wrong door -- i was very disoriented - big pain in head never felt before -- lights flashing left side head etc--
i meant no harm -- i know you all have big stresses trying take care patients -
i wish u all well.
pam baugher (i forget day i came in Kadlec and memory is having big holes here and there - plus logy feeling asleep loggy on right side arm leg - maybe was head injiry which i only know positively i had -- recall worry the time hope not concussion but now completely unable recall how my head was so badly banged - not normal for my memory to not recall have holes in it etc  nothing feel normal right yet etc). I just want to rest cannot try anymore for medical help.
just please put it out of your mind. thanks again,

SWEAR TRUE penalty perjury
WHEREFORE PLAINTIFF PRAYS for
RELIEF DAMAGES AS COURT DEEMS FIT OR
And requests jury trial and/or asks for
Monetary Damages including Punitive Damages
in Amount of $80,000,000 (Eighty Million Dollars)
including attorney fees, legal costs, expenses, etc.
Swear true penalty perjury.
COMPLAINT SIGNED
PAMELA BAUGHER  DATE 10/10/14
OCT 10, 2014   pg 4 of 4



p b <pam.baugher@gmail.com>

## Complaint email
1 message

p b <pam.baugher@gmail.com>  Fri, Oct 10, 2014 at 2:25 PM
To: pam baugher <pam.baugher@gmail.com>

# Fwd: got KChart email re schedule mammagram -- i go down to Imaging Clinic - they refuse



p b <pam.baugher@gmail.com>   7:59 AM (6 hours ago)

to debra

Debra, What would you do if you had sudden PAIN you never felt before in your head and lights blazing through your eyes and left side your head and out? disabling? never had before anything like it?
And what would you think Deb, if you were afraid you had cancer based on Dr evaluation and all your scheduled follow-ups tests to watch closely the progress of the breast lumps and the lung nodules were cancelled -- because your PCP didn't want you for patient anymore and called you "crazy" -- those mammagram and lung follow-ups were prescribed to be repeated every 3 months --- how long ago is it now?
well over a year i didn't keep track -- and recently was again told i cannot get breast or lung scan/mri at Kadlec because Leedy through me out and i have no PCP therefore.

rather than focus on trying to locate Dr. Pheysey to see if he would be willing to do a medical screening of me for the head injury, head pain flashing lights sudden onset Monday or Tuesday ---and get the tests i urgently need --
it just came to mind that regarding the CANCER i was supposed to being watched for w/follow up repeat chest and mammagram i guess it is ------ i still cannot get accepted by any so-called PCP - and i have begged Kadlec Imaging to merely do the follow mammagrams and chest lung scans ALREADY PRESCRIBED BY DR LEEDY to be followed up Chest every 3 months and Breasts every 3 months --
they were already prescribed --- e any mammagram or chest Xrays AS WERE ALREADY ORDERED BY Dr Leedy and follow up every 3 months? why is this not important?

in general, i just don't understand why going in the wrong door at the emergency room -- or not having a PCP --- should cost a patient their LIFE --- what kind of medicine is this? where not having a PCP = risk of death and denial of MEDICALLY NEEDED EVALUATIONS TESTS TREATMENTS ????
the urgent care says again and again they won't help me --- because this is something for Emergency ---- and in turn "urgent care" on Jadwin Physicians Immediate Care says "we aren't going to order the CAT SCAN because you don't have a PCP" -- i am standing right there in urgent need for a medical service test they can give me -- and they refuse-- this just seems very obviously wrongful and if it's hardwired into the system it needs to change/
why do we have a healthcare "system" that can risk serious damage to your HEALTH AND LIFE ---- deliberately -- because you entered a wrong door or because your PCP didn't like you because and called you "crazy" --- "get out -- your aren't welcome here -- get out leave no --youre crazy i don't want you here" --no qualified evalaution has ever determined me to be crazy -- people can be "weird" or " different" without being "crazy" . it's a fact. EITHER WAY, it's not a rightful basis to withhold treatments, tests, terminate access to the "system" medical benefits in emergency -- i had anaphalactic shock from the wasp stings -- eyes swollen shut couldnt breath swallow ---- i also have allergic asthma attacks which could be fatal -- i have never asked for emergency help frivolously in other words --- and i dispute the perception that i am somehow "crazy" ---- and again, being "crazy" (mentally disabled) it shouldn't cost a patient their LIFE or be the basis denials of access to medical help tests treatments that are needed ---- no one has ever said ever they thought me to be in any way violent or dangerous --
if in fact i am even "crazy" as Kadlec's Dr Leedy seems to want to somehow say? to somehow "justify" their wrongful conducts of denials of medically needed tests=-- for cancer follow ups which could SAVE MY LIFE -- or for diagnosis and treatment of stroke when time is a key factor in outcome --- i don't want money Deb , i have told you that many times -- i want better ethical treatment of patients like me who are maybe not likable or are maybe "weird" or "different" or "Crazy" as Dr Leedy expressed it to me  --- my head still hurts --- i still have lights flashing in my head --and especially upon exertion -- i have never had anything like this before --
yet i will tell you what i have realized --- i will never again ever willingly ask for help in any medical "hour of need" from any Drs at Kadlec or urgent cares or anywhere else. The rejection IN ITSELF at some point is just too much. I cannot willingly ever face this rejection again -- even if it costs me my life -- i would rather die than beg someone for emergency help again WHO DOES NOT WANT TO HELP ME.
i am that bad a person? am i that wrongful unlikeable different weird repulsive?
that those who could give me urgently needed medical help just won't.
Deb, if at all possible, and it may not be possible, I am going to try file lawsuit -again i repeat i don't want any money - just want to try determine if BY LAW can these "medical healthcare systems" are allowed to do this to patients ---- throw them out of care because they are perceived to be "crazy" as Dr Leedy said in anger at me ---- what had i really done wrong -- he never even listened to my side -- i didn't know you weren't supposed to come into the office to ask for an appointment ---- that is all i did ---- and i didn't know entering the wrong door at the Emergency Room of Kadlec was grounds to "I AM CALLING SECURITY,,, leave etc" ?  (He kept angrily saying "SHE CAME IN THE WRONG DOOR" and then when i couldn't sign in because i was just simply incapable of it my heading was hurting like never felt before i had flashing lights booming all over around left side my head and through eye " --- i said i cant not able please help i have never felt this before something wrong my head pain and flashing lights I feel it right now help" etc.And he kept telling others "SHE CAME IN THE AMBULANCE DOOR  and SHE'S REFUSING TO SIGN IN" and i kept saying i can't not able -- then "I AM CALLING SECURITY " and get out and arrest and jail possible -- just trying hurry walk back around to car greatly intensified the flashing lights and pain -- i just went off and drove home in total disorientation trying to get dogs with me HOME and trying to get help neighbor -- i had to rest on ground at Jefferson Park because i could not do anything else. Cop came and ambulance came. I refuse ambulance explain Kadlec won't help me doesnt want to help me -- i cant go back etc -- let me die -- just let me die --they threaten then arrest agressive SIGN THIS -- something -- i explain i can't give any meaningful signature -- leave me alone -- they say "KADLEC DIDN'T REFUSE YOU EMERGENCY CARE" --i said i was told "You came in wrong door, you are refusing to sign in WE ARE CALLING SECURITY"arrest go to jail or leave etc. If Kadlec personnel TRY TO DENY THIS FACT -- THEY ARE LYING. i have told truth best ability.

---------- Forwarded message ----------
From: **p b** <pam.baugher@gmail.com>
Date: Fri, Sep 27, 2013 at 5:07 PM
Subject: got KChart email re schedule mammagram -- i go down to Imaging Clinic - they refuse
To: "Langston, Debra" <Debra.Langston@kadlecmed.org>


i am in so much pain here & there - mostly around chest breasts armpits etc --
maybe lung cancer - or breast cancer - or just the spread the other thing --
my feet are all breaking down -- the bones - hands too --

they refuse to schedule when i tell them pain in breast etc ---because "you have to have a primary care provider " ---

all the little posters and stickers and marathons for  early detection breast cancer --- treating breast cancer --- it's like a national cause ----
i am standing right there asking for help - telling them KChrt says i should come in ==== and they don't want to help me and could care less === THIS IS WHAT SHOULD BE SHOWN AT THE beat breast cancer rallies .
i am telling them i got KChart mssg to schedule -- i have bad pains around breast armpits chest ---
and they simply don't want to try to help me ---
i mean, it's not like they were trying to detect breast cancer and treat it.


Click here to Reply or Forward

SIGNED : Pamela Baugher 10/10/14
PLAINTIFF
PAMELA A. BAUGHER
OCT 10, 2014